

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2025

No. 04-25-00354-CV

Frederick O. **SILVER**,
Appellant

v.

Lucy **ADAME-CLARK**, et al.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2025CI04742
Honorable Mary Lou Alvarez, Judge Presiding

**ORDER**

Sitting:    Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice
Adrian A. Spears II, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that no costs be assessed against Appellant in relation to this appeal because he qualifies as indigent under Texas Rule of Appellate Procedure 20. TEX. R. APP. P. 20.1.

It is so **ORDERED** on July 16, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court